GAFFNEY, Appellant, v. NEW YORK CONSOL. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Mary E. Gaffney, as administratrix, etc., of Richard Gaffney, deceased, against the New York Consolidated Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., not voting.

GARDINER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Edith V. Gardiner against the New York Central & Hudson River Railroad Company. J. Larocque, of New York City, for appellant. W. Mann, of New York City, for respondent. No opinion. Judgment reversed and new trial ordered, costs to defendant to abide event, unless plaintiff stipulates to reduce the verdict to the sum of $50, in which event the judgment, as so reduced, is affirmed, with costs of appeal to defendant appellant. See Gardiner v. New York Cent. & H. R. R. Co., 201 N. Y. 387, 94 N. E. 876, 34 L. R. A. (N. S.) 826, Ann. Cas. 1912B, 281. Settle order on notice.

GARNO, Respondent, v. BURGARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Louis Garno against Henry P. Burgard. No opinion. Motion to dismiss appeal denied, without costs, upon stipulation of moving party.

GEBER, Respondent, v. JOHN WANAMAKER, Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by Jospeh B. Geber against John Wanamaker. S. P. Anderton, of New York City, for appellant. C. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 N. Y. Supp. 1083.

GEPPERT v. MUSICAL AMERICA CO. (two cases). (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by William Geppert against the Musical America Company. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 150 N. Y. Supp. 1087.

GEPPERT v. MUSICAL AMERICA CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by William Geppert against the Musical America Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1087.

GEPPERT v. MUSIC TRADES CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by William Geppert against the Music Trades Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Orders filed. See, also, 150 N. Y. Supp. 1087.

GEPPERT v. MUSIC TRADES CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by William Geppert against the Music Trades Company. No opinion. Motion for stay denied, with $10 costs. See, also, 150 N. Y. Supp. 1087.

GENERAL RUBBER CO. v. BENEDICT. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by the General Rubber Company against Elias C. Benedict. No opinion. Motion granted; question certified; order filed. See, also, 149 N. Y. Supp. 880.

GERMAN SAVINGS BANK v. WAGNER. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by the German Savings Bank against Philip Wagner. No opinion. Motion denied, with $10 costs. Order filed. See, also, 164 App. Div. 234, 149 N. Y. Supp. 654.

GIBBS, Appellant, v. TITLE GUARANTY & SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Lippman D. Gibbs against the Title Guaranty & Surety Company. M. M. Goldsmith, of New York City, for appellant. C. M. O'Keeffe, of New York City, for respondent. No opinion. Order (79 Misc. Rep. 247, 139 N. Y. Supp. 945) affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed.

GILBERT, Respondent, v. EMPIRE GAS & FUEL CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by Mary E. Gilbert, an infant, etc., against the Empire Gas & Fuel Company, Limited. No opinion. Judgment and order affirmed, with costs.

GILLIG, Respondent, v. HYLAND, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Henry F. Gillig against Thomas F. Hyland. H. Crone, of New York City, for appellant. A. R. Smith, of Tonawanda, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GILMAN. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) In the matter of the compulsory judicial settlement of the account of Lester C. Gilman, as executor of the estate of Theophilus Gilman, deceased. No opinion. Order of the Surrogate's Court of Kings County (85 Misc. Rep. 651, 148 N. Y. Supp. 1047) affirmed, with $10 costs and disbursements.

GLEASON et al. v. JOHN L. SCHWARZ BREWING CO. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by William H. Gleason and others against the John L. Schwarz Brewing Company and Edward H. Gleason. No opinion. Judgment modified, by striking therefrom